# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RODRIQUEZ, et al., | CASE NO. 1:90-cv-00601-REC-JFM PC |
| Plaintiffs | ORDER DISREGARDING MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT |
| v. | |
| STANISLAUS COUNTY, et al., | (Doc. 52) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SEND RHODES A CIVIL RIGHTS COMPLAINT FORM, AND SERVE A COPY OF THIS ORDER ON RHODES |

On April 18, 2008, Alivs Vernon Rhodes, an inmate currently housed at the Stanislaus County Jail, filed a motion seeking enforcement of the settlement agreement in the above entitled class action. Mr. Rhodes asserts he is a class member.

This case has been closed for more than fifteen years. To the extent that Plaintiff believes that some form relief is warranted in this case, he is required to contact class counsel. Frost v. Symington, 197 F.3d 348, 358-59 (9th Cir. 1999); Crayton v. Terhune, No. C 98-4386 CRB(PR), 2002 WL 31093590, *4 (N.D. Cal. Sept. 17, 2002). In the alternative, Plaintiff may file his own civil action if he believes his federal rights are being violated by some condition of his confinement. See Frost, 197 F.3d at 353 (district court characterized inmate's damages claim as one alleging violations of his First Amendment rights as opposed to alleging a breach of consent decree); Coleman v. Wilson, 912 F.Supp. 1282, 1294 (E.D. Cal. 1995) (resolution of issues in Gates v. Deukmejian, No. CIV S- 87-1636 LKK JFM, 1988 WL 92568 (E.D. Cal. 1988) governed by Gates consent decree

while issues in instant case governed by standards applicable to claims brought under Eighth Amendment)).

Accordingly, Rhodes' motion for enforcement of the settlement agreement is HEREBY DISREGARDED. The Clerk's Office is DIRECTED to send Rhodes a civil rights complaint form and serve a copy of this order on Rhodes at the address set forth in court document 52.

IT IS SO ORDERED.

**Dated:   May 15, 2008**               /s/ **Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE